IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RUSSEL D. BASS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 3:09-cv-01059-JPG |
| | ) |
| **LISA J.W. HOLLINGSWORTH**, | ) |
| Warden, United States Penitentiary | ) |
| at Marion, IL, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** judgment is entered in favor of defendant Lisas J.W. Hollingsworth and against plaintiff Russel D. Bass on all claims. The case is DISMISSED WITH PREJUDICE.

**DATED: September 16, 2011**

                                                NANCY ROSENTENGEL, CLERK

                                              s/Brenda K. Lowe, Deputy Clerk

**s/ J. Phil Gilbert**

**J. PHIL GILBERT
DISTRICT JUDGE**