IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RUSSEL D. BASS,** | )<br>) |
| Petitioner, | )<br>) |
| v. | )     **Case No.: 3:09-cv-01059-JPG**<br>) |
| **LISA J.W. HOLLINGSWORTH,**<br>Warden, United States Penitentiary<br>at Marion, IL, | )<br>)<br>)<br>) |
| Respondent. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** judgment is entered in favor of defendant Lisas J.W. Hollingsworth and against plaintiff Russel D. Bass on all claims. The case is DISMISSED WITH PREJUDICE.

**DATED: September 16, 2011**

                                                                                            **NANCY ROSENTENGEL, CLERK**

                                                                                            **s/Brenda K. Lowe, Deputy Clerk**

**s/ J. Phil Gilbert**

**J. PHIL GILBERT**
**DISTRICT JUDGE**